E-FILED
Wednesday, 05 December, 2007  02:53:03 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| LINCOLN DIAGNOSTICS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 cv 2077 |
| vs. | ) ) ) | The Honorable Michael P. McCuskey United States District Judge |
| PANATREX, INC., a California corporation, | ) ) | Equitable Relief Sought |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY AND MOTION TO VACATE NOTICES OF DEPOSITIONS

Defendant, Panatrex, Inc. ("Panatrex") by and through its attorney of record, Michael Berns, of the law firm Maloney, Parkinson & Berns, submits a motion for protective order to stay discovery and to vacate the Notices of Depositions, pursuant to Fed. R.Civ. P. 26(c). Panatrex has a pending Motion to Dismiss, based on the lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. Discovery should be stayed, pending a decision on the motion to dismiss.

Plaintiff Lincoln Diagnostics, Inc. has submitted a Notice of Deposition on the corporation and two officers to be heard on December 18-19, 2007 in Decatur, Illinois. The officers are located in Taiwan and the corporation has principal place of business in California. The noticed depositions would cause undue burden and undue expense on the Defendant. Travel from Taiwan on less than two weeks notice would be at great expense, particularly during this time of

year with weather and holidays.  A corporation should be deposed in the location of its primary place of business.

It would be improper to conduct discovery before having a decision on the pending motion to dismiss.  This court lacks jurisdiction and discovery would be more properly controlled by the proper venue jurisdiction.  If discovery is necessary for the reply to Defendant's Motion to Dismiss, it should be limited to those issues.  The Declaration of Chin Chao Chiu should be clear that Panatrex does not do business in the State of Illinois.

Panatrex requests a protective order for a stay of discovery, pending the decision on the Motion to Dismiss.

Dated:  December 5, 2007

Panatrex, Inc., a California corporation, Defendant,
s/ Michael Berns
Michael Berns Bar No. 6215760
Attorney for Defendant
Maloney, Parkinson & Berns
135 West Main Street
Urbana, Illinois 61801
Telephone:	(217) 367-9000
Facsimile:	(217) 384-4206
E-mail: mberns@maloneyparkinsonberns.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Motion to Strike Affirmative Defenses was filed on the 5th day of December 2007 through the ECF system with the United States District Court for the Central District of Illinois for delivery to registered participants for the litigation in which said document has been filed.

s/ Michael Berns